United States District Court
Southern District of Texas
**ENTERED**
August 06, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| YVETTE CRUZ, INDIVIDUALLY AND A/N/F OF S.C., A MINOR, "Plaintiffs", | § § § § | |
| v. | § § | Civil Action No. 1:20-cv-00042 |
| WAL-MART STORES TEXAS, LLC, "Defendant". | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 16). The R&R recommends this Court (1) grant "Defendant Wal-Mart Stores Texas, L.L.C.'s Motion for Summary Judgment and Memorandum in Support Thereof" ("MSJ") (Dkt. No. 11), and (2) direct the Clerk of Court to close this case.

Objections were due June 24, 2021. No objections were filed by either party. If there have been no objections to the magistrate's ruling, then the appropriate standard of review is "clearly erroneous, abuse of discretion and contrary to law." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Defendants' MSJ (Dkt. No. 11) is **GRANTED**. The Clerk of the Court is **ORDERED** to close the case.

Signed on this ___5th___ day of ___August___, 2021.

_____
Rolando Olvera
United States District Judge

1